## Johnson v. Johnson, Appellant.

Argued November 16, 1972. *Richard W. Mutzabaugh,* with him *Mutzabaugh & Mutzabaugh,* for appellant; *George B. Angell,* with him *Angell, Angell and Kahle,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WATKINS, J., absent.

## McKivigan, Appellant, v. Lebanon Mutual Insurance Company.

Argued November 15, 1972. *Frank P. Krizner,* with him *Charles T. Chew,* and *McCandless, Chew & Krizner,* for appellant; *Thomas Lewis Jones* and *Robert J. Stock,* with them *John H. Brydon, Jones, Gregg, Creehan and Gerace,* and *Brydon and Stepanian,* for appellees.

Judgment affirmed; reargument refused January 22, 1973.

WATKINS, J., absent.

## McLeod, Appellant, v. Murray.

Submitted November 15, 1972. *Sanford S. Finder,* for appellant; *William C. Porter,* for appellee.

Order and judgment affirmed.